**Order entered October 12, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00923-CV

### QUALIZEAL, INC., PRADEEP GOVINDASAMY, AND KALYANA ROA KONDA, Appellants

### V.

### CIGNITI TECHNOLOGIES, INC., Appellee

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-17023**

### ORDER

Before the Court is court reporter Terri Etekochay's October 10, 2022 request for a seven-day extension of time to file the reporter's record. We **GRANT** the request and **ORDER** the record be filed no later than October 17, 2022.

/s/    KEN MOLBERG
         JUSTICE